FILED

IN THE COURT OF COMMON PLEAS 2019 FEB 25 PM 4: 17
CLERMONT COUNTY, OHIO

BARBARA A. WIEDENBEIN
CLERK OF COMMON PLEAS COURT
CLERMONT COUNTY, OH

| | |
|---|---|
| TOTAL QUALITY LOGISTICS, LLC<br>4289 Ivy Pointe Blvd.<br>Cincinnati, Ohio 45245,<br><br>       Plaintiff,<br>v.<br><br>ATLANTIC UTILITY TRAILER SALES, INC.<br>137 Crown Point Road,<br>Thorofare, NJ 08086,<br><br>and<br><br>RAJUN ALLEN d/b/a<br>CAE LOGISTICS WORLDWIDE<br>1733 Creekview Dr.<br>Glenn Heights, TX 75154,<br><br>and<br><br>CAE LOGISTICS WORLDWIDE INC.<br>1733 Creekview Dr.<br>Glenn Heights, TX 75154,<br><br>       Defendants. | Case No.<br><br>JUDGE<br><br>2019 CVH 00282 JUDGE FERENC<br><br><br><u>COMPLAINT</u> |

Plaintiff Total Quality Logistics, LLC ("TQL"), for its Complaint against Defendants Atlantic Utility Trailer Sales, Inc. ("Atlantic Utility"), Rajun Allen d/b/a CAE Logistics Worldwide ("Allen"), and CAE Logistics Worldwide Inc. (collectively with Allen, "CAE Logistics"), alleges as follows:

## NATURE OF ACTION

1. This lawsuit arises out of Atlantic Utility's and CAE Logistics' refusal to adhere to their contractual agreements as well as CAE Logistics' obligation to indemnify TQL. Atlantic Utility

hired TQL to arrange for the transportation of one of its trailers to another location. TQL, in turn, engaged CAE Logistics to transport the trailer. The trailer purportedly sustained damage while in CAE Logistics' possession. In violation of the exclusive and mandatory forum selection clause included in the governing contract, Atlantic Utility filed suit against TQL, CAE Logistics, and others in the Superior Court of Gloucester County, New Jersey to recover the damages its trailer allegedly incurred. TQL did nothing but assist Atlantic Utility in working through the insurance carrier's claims process, yet it now finds itself a defendant in litigation pending in New Jersey.

## PARTIES, JURISDICTION, AND VENUE

1. TQL is an Ohio limited liability company with its principal place of business in Clermont County, at 4289 Ivy Pointe Blvd., Cincinnati, Ohio.

2. Atlantic Utility is a New Jersey corporation with a principal place of business located at 137 Crown Point Rd., Thorofare, New Jersey 08086.

3. CAE Logistics is the d/b/a of Rajun Allen and it is located at 1733 Creekview Drive, Glenn Heights, Texas 75154.

4. CAE Logistics Worldwide, Inc. is a Texas corporation located at 1733 Creekview Drive, Glenn Heights, Texas 75154.[1]

5. This Court has jurisdiction over the parties and this matter because each Defendant contractually consented to this Court having exclusive jurisdiction over any disputes with TQL and because each Defendant knowingly caused injury to TQL in Ohio.

6. Venue is proper in this Court pursuant to Rule 3(C) of the Ohio Rules of Civil Procedure.

---

[1] Even though CAE Logistics Worldwide, Inc. appears to be a viable corporation, it seems that Rajun Allen operates his business as a "d/b/a" and not through the corporate entity. As such, TQL is collectively referring to both of those persons herein and, to the extent necessary, is asserting identical claims against both persons as alternatives pursuant to Civ.R.8(E)(2).

2

## FACTUAL BACKGROUND

7. TQL is a duly licensed non-asset-based property broker, providing freight and truck brokerage services, third-party logistics services, and assistance with supply-chain management throughout the United States to its customers.

8. To effectuate such services, TQL contracts with third-party trucking companies, called motor carriers, to arrange the transportation of TQL's customers' freight.

9. Atlantic Utility is a customer of TQL and has been for several years.

10. In 2014, Atlantic Utility and TQL entered into an agreement (the "Atlantic Utility Agreement") with TQL to govern their business relationship moving forward. A true and accurate copy of the Atlantic Utility Agreement is attached hereto as **Exhibit A**.

11. Atlantic Utility agreed that "[t]he state courts located in Clermont County, Ohio shall have exclusive and irrevocable jurisdiction and shall be the exclusive venue with respect to any claim, counterclaim, or dispute arising in connection with any transaction, loads, or other business between [TQL] and [Atlantic Utility]." (Exhibit A at ¶ 11.)

12. CAE Logistics is a motor carrier that started working with TQL in 2018.

13. On or about March 19, 2018, CAE Logistics and TQL entered into a Broker/Carrier Agreement (the "CAE Logistics Agreement") to govern the relationship between the parties. A true and accurate copy of the CAE Logistics Agreement is attached hereto as **Exhibit B**.

14. The CAE Logistics Agreement, in part, provides:

> The Parties consent to the jurisdiction of the state court located in Clermont County, Ohio, waive any objection to the jurisdiction of that court, and agree that any dispute between the Parties, including, without limitation, those arising under or related to this Agreement, shall be brought in that court, which shall have exclusive jurisdiction over such dispute. The prevailing Party in any lawsuit between the Parties shall be entitled to all reasonable expenses, attorneys' fees, and costs (including court costs).

(Exhibit B ¶ 15.)

3

15. The CAE Logistics Agreement further provides:

> CARRIER agrees to defend, indemnify, and hold BROKER and CUSTOMERS harmless from and against any and all claims or liability (including, without limitation, Workers' Compensation claims), arising out of or in any way related to CARRIER's negligence, willful misconduct, acts, omissions, or performance or failure to perform under this Agreement, including, without limitation, claims or liability for cargo loss and damage, theft, delay, damage to property, and bodily injury and/or death. Except for Workers' Compensation claims, CARRIER shall not be required to indemnify any party (including BROKER) for claims or liability that are directly and solely caused by the negligence or willful misconduct of that party.

(Exhibit B ¶ 10.)

16. TQL hired CAE Logistics to transport a trailer owned by Atlantic Utility from Virginia to New Jersey.

17. Atlantic Utility alleges that the trailer was damaged while in CAE Logistics' possession.

18. A claim was filed with CAE Logistics' insurance carrier to remedy the damages purportedly sustained to the trailer.

19. Frustrated with its dealing with the insurance carrier's claims process, Atlantic Utility sought assistance from TQL.

20. TQL attempted to help resolve issues that arose with the claim submitted to the insurance carrier.

21. Eventually, and without receiving any determination from the insurance carrier, Atlantic Utility demanded that TQL pay for the alleged damage or else it was going to file suit.

22. Even after TQL reminded Atlantic Utility that it was contractually agreed that this Court would have exclusive and irrevocable jurisdiction over any disputes, Atlantic Utility proceeded with filing suit in the Superior Court of Gloucester County, New Jersey. The Docket Number for that case is L 1181-18.

23. In that litigation, CAE Logistics filed a cross claim against TQL for contribution despite the clear indemnification and exclusive jurisdiction provisions included in the CAE Logistics Agreement. (Exhibit B ¶¶ 10, 15.)

24. As such, TQL was forced to retain counsel in New Jersey and is now defending against claims asserted by multiple parties that are without merit.

## COUNT ONE – BREACH OF CONTRACT
### (Against Atlantic Utility)

25. TQL incorporates by reference all of the previous paragraphs set forth in this Complaint as if fully rewritten herein.

26. TQL has a contractual and business relationship with Atlantic Utility as evidenced by the Atlantic Utility Agreement.

27. Atlantic Utility agreed that "[t]he state courts located in Clermont County, Ohio shall have exclusive and irrevocable jurisdiction and shall be the exclusive venue with respect to any claim, counterclaim, or dispute arising in connection with any transaction, loads, or other business between [TQL] and [Atlantic Utility]." (Exhibit A ¶ 11.)

28. Atlantic Utility breached the Atlantic Utility Agreement by filing suit against TQL in the Superior Court of Gloucester County, New Jersey.

29. As a direct and proximate result of Atlantic Utility's breach, TQL has been damaged in an amount to be proven at trial, but believed to be in excess of $25,000.

## COUNT TWO – BREACH OF CONTRACT
### (Against CAE Logistics)

30. TQL incorporates by reference all of the previous paragraphs set forth in this Complaint as if fully rewritten herein.

31. TQL has a contractual and business relationship with CAE Logistics as evidenced by the CAE Logistics Agreement.

32. CAE Logistics agreed that "[t]he state court located in Clermont County, Ohio" would have "exclusive jurisdiction" over any dispute between TQL and CAE Logistics. (Exhibit B ¶ 15.)

33. CAE Logistics breached the CAE Logistics Agreement by filing a cross claim against TQL in the Superior Court of Gloucester County, New Jersey.

34. As a direct and proximate result of CAE Logistics' breach, TQL has been damaged in an amount to be proven at trial, but believed to be in excess of $25,000.

## COUNT THREE — INDEMNIFICATION

35. TQL incorporates by reference all of the previous paragraphs set forth in this Complaint as if fully rewritten herein.

36. CAE Logistics contractually agreed to defend, indemnify, and hold TQL harmless, including with respect to the claims such as those asserted by Atlantic Utility in the New Jersey action. (Exhibit B ¶ 10.)

37. Therefore, TQL is entitled to indemnity from and against CAE Logistics in the amount of any adverse judgment against TQL in the matter pending in New Jersey, along with the attorney fees, costs, and expenses incurred in defending and prosecuting this lawsuit as well as the lawsuit pending in the Superior Court of Gloucester County, New Jersey.

## PRAYER FOR RELIEF

WHEREFORE, TQL respectfully requests that this Court issue judgment in its favor as follows:

    a. Compensatory damages in an amount to be proven at trial, but believed to be in excess of $25,000;

    b. An order obligating CAE Logistics to indemnify TQL in the amount of any adverse judgment against TQL in the matter pending in New Jersey, along with the attorney

6

        fees, costs, and expenses incurred in defending and prosecuting this lawsuit as well as the lawsuit pending in the Superior Court of Gloucester County, New Jersey;

c. Attorneys' fees and costs as permitted under Ohio law and the contractual agreements of the parties; and

d. Any other relief the Court deems appropriate.

Dated: February 25, 2019

Respectfully submitted,

/s/ Matthew J. Wiles

Matthew J. Wiles (0075455)
Jordan D. Rauch (0093389)
DICKINSON WRIGHT PLLC
150 E. Gay Street, 24th Floor
Columbus, Ohio 43215-3192
Telephone: (614) 744-2570
Facsimile: (844) 670-6009
mwiles@dickinsonwright.com
jrauch@dickinsonwright.com

*Attorneys for Plaintiff Total Quality Logistics, LLC*

7